IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. DOE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Hon. KATHY HOCHUL, et al., <br><br> Defendants. | Case No. 3:21-CV-1078-DNH-ML <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs, Dr. Doe, Dr. Doe 2, Nurse Doe, and Scientist Doe, through counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against all defendants.

Dated: July 1, 2022
Ithaca, NY

Respectfully submitted,
/s/ Sujata S. Gibson
**Sujata S. Gibson,**
*Attorney for Plaintiff*
Gibson Law Firm, PLLC
832 Hanshaw Rd., Suite A
Ithaca, NY 14850
(607)327-4125
sujata@gibsonfirm.law